[No. 60166-1-I.   Division One.   August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ALJERON LATROY PLEASANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-02816-8, Cheryl B. Carey, J., entered June 11, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60173-3-I.   Division One.   August 4, 2008.]

DAVID KRICK ET AL., *Appellants*, v. THE DEPARTMENT OF FISH AND WILDLIFE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-11117-4, Jeffrey M. Ramsdell, J., entered May 25, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60224-1-I.   Division One.   August 4, 2008.]

*In the Matter of the Marriage of* PATRICIA MARY CORBIN, *Appellant*, and JOHN DAVID CORBIN, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-3-00276-9, George N. Bowden, J., entered May 29, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60327-2-I.   Division One.   August 4, 2008.]

SUSANNE ERICSON, *Respondent*, v. ILA KING, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-05239-7, Arden J. Bedle, J. Pro Tem., entered July 13, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60343-4-I.   Division One.   August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SOPHEAP RICHARD SO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06920-6, Julie A. Spector, J., entered June 25, 2007. *Affirmed* by unpublished per curiam opinion.